UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TANA TARANA ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NO.:  1:12-cv-633-JMS-DKL |
| ) | |
| INDIANA UNIVERSITY HEALTH ) | |
| BLOOMINGTON, INC. ) | |
| f/k/a Bloomington Hospital, Inc., ) | |
| Defendant ) | |

## ORDER OF DISMISSAL

This matter is before the Court on the Parties' Stipulation of Dismissal, and the Court being duly advised in the premises, finds that the dismissal should be GRANTED.

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice, costs paid.

Date: 03/08/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Roy W. Harris, Jr.
BIESECKER & DUTKANYCH, LLC
Email:  rharris@bdlegal.com

James L. Whitlatch
BUNGER & ROBERTSON
Email:  jwhit@lawbr.com